SARAH A. COOLEY, *Respondent*, *v.* ELISHA COOLEY, *Appellant.* — Order appealed from affirmed, with ten dollars costs and disbursements. *Held*, that the proof warranted the Special Term in holding that the parties had agreed to discontinue the former suit, and the order granting alimony properly gave leave to the plaintiff to enter an order of discontinuance accordingly.

GEORGE H. SALISBURY, *Plaintiff in Error*, *v.* THE PEOPLE OF THE STATE OF NEW YORK, *Defendants in Error.*— Judgment and conviction affirmed, and proceedings remitted to the Cattaraugus Oyer and Terminer to proceed thereon. *Held*, that the declaration of the prisoner offered to be proved was not a part of the *res gestæ*, and that the conversation with Sealey, not having taken place in the presence of the prisoner or the deceased, nor having been communicated to either of them, was irrelevant and inadmissible. HAIGHT, J., not sitting.

IN THE MATTER OF THE GENERAL ASSIGNMENT OF CALVIN L. WINTERS, FOR THE BENEFIT OF CREDITORS.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant serves printed papers and pays said costs within thirty days, in which case motion is denied.

THE PEOPLE OF THE STATE OF NEW YORK *v.* THE HYDROSTATIC PAPER COMPANY, WILLIAM F. MILLER, *Receiver*, etc., ALBERT M. HASTINGS and another, *Respondents*, and LAUREN C. WOODRUFF and another, *Appellants.* — Judgment affirmed, with costs.

ABRAM LADUE *v.* CHARLES B. NICHOLS.—Declined to be heard for the reason that the case does not show that it has been settled by the trial judge.

CELESTIA BAILEY, *Respondent*, *v.* THE BUFFALO, NEW YORK AND PHILADELPHIA RAILWAY COMPANY, *Appellant.*— Judgment affirmed, with costs. HAIGHT, J., not sitting. *Held*, that the conveyance in fee, although without reservation, was not a waiver or release of the obligation of the railroad company to erect and maintain a farm crossing. (51 N. Y., 568 ; 63 id., 58.)

MARTIN S. CUYKENDALL, *as Receiver*, etc., *Respondent*, *v.* JESSE C. SMITH, *as Executor*, etc., *Appellant.*— Judgment affirmed. *Cuykendall* v. *Douglas* (19 Hun, 577) and *Cuykendall* v. *Corning* (decided at the present term) followed.

CESTA NICHOLS, *Respondent*, *v.* DAVID COE and others, *Appellants.* — Judgment affirmed, with ten dollars costs and disbursements.

MARTIN S. CUYKENDALL, *as Receiver*, etc., *Respondent*, *v.* LORANIA BAKER, *as Administratrix*, etc., *Appellant.*— Judgment affirmed.